**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

                                    Chapter 13
                          Case No.: 8:18-bk-04672-CPM

PABLO RAFAEL ORTIZ,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM X TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 9TH day of July, 2018.**

                                    Respectfully submitted,

                                    **GHIDOTTI | BERGER, LLP**
                                    *Attorneys for Secured Creditor*
                                    3050 Biscayne Blvd. - Suite 402
                                    Miami, Florida 33137
                                    Telephone: (305) 501.2808
                                    Facsimile: (954) 780.5578

                                    By:    /s/ Chase A. Berger
                                          Chase A. Berger, Esq.
                                          Florida Bar No. 083794
                                          cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Pablo Rafael Ortiz**
10105 Forest North Ct
Tampa, FL 33615

*Joint Debtor*
**Johanna Teresa Ortiz**
10105 Forest North Ct
Tampa, FL 33615

*Debtors' Counsel*
**Laura M Gallo**
Gallo Law, PA
7211 N. Dale Mabry Hwy
Suite 228
Tampa, FL 33614

*Trustee*
**Jon Waage**
P O Box 25001
Bradenton, FL 34206-5001

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By: /s/ Chase A. Berger
Chase A. Berger, Esq.