UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
Pablo Rafael Ortiz &
Johanna Teresa Ortiz                    CASE NO.  8:18-bk-04672-CPM
Debtor.                                 CHAPTER 13
_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtor(s) requests entry of an order referring the Debtor(s) and BSI Financial Services, mortgage encumbering the Debtor(s) residential property, whose mortgage lien encumbers the Debtor(s) real property located at 10105 Forest North Ct., Tampa, FL 33615  with a Mortgage Loan Number ending in XXXX3530, to mortgage modification mediation, and in support states:

1. The Debtor(s) filed this bankruptcy case in an attempt to retain their primary residence.

2. The Debtor(s) would like to modify the terms of the mortgage(s) encumbering their primary residence. The Debtor(s) income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s).

Respectfully submitted,

Laura M. Gallo.
Florida Bar No. 89335
GALLO LAW, P.A.
7211 North Dale Mabry Hwy. Suite 228
Tampa, FL 33614
Telephone: 813-530-8009/Fax: 813-515-7702
lgallo@gallolawfl.com
www.gallolawfl.com
Attorney for the Debtor.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
Pablo Rafael Ortiz &
Johanna Teresa Ortiz                              CASE NO. 8:18-bk-04672-CPM
Debtor.                                           CHAPTER 13
_____/

CERTIFICATE OF SERVICE FOR MOTION REFERRING TO MORTGAGE MEDIATION

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on August 8, 2018, by US Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:

Creditor:
BSI Financial Services
c/o Ghidotti Berger, LLP
3050 Biscayne Blvd., Suite 402
Miami, FL 33137

Debtor:
Pablo Rafael Ortiz &
Johanna Teresa Ortiz
10105 Forest North Ct
Tampa, FL 33615

Trustee:
Jon Waage
P O Box 25001
Bradenton, FL 34206-5001

*/s/ Laura M. Gallo*

Laura M. Gallo.
Florida Bar No. 89335
GALLO LAW, P.A.
7211 North Dale Mabry Hwy. Suite 228
Tampa, FL 33614
Telephone: 813-530-8009
Fax: 813-515-7702
lgallo@gallolawfl.com
www.gallolawfl.com
Attorney for the Debtor.